FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y..

★  SEP 28 2015  ★

CIVIL RIGHTS COMPLAINT    LONG ISLAND OFFICE
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

BRYAN McClurkin 466275
Full name of plaintiff/prisoner ID#

## CV 15 5685

Plaintiff,

JURY DEMAND
YES_____  NO ✓

-against-

Suffolk
110 Center Drive
Riverhead NY 11901
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

## BIANCO, J.

## TOMLINSON, M

Defendants.
-----------------------------------------------x

I.  Previous Lawsuits:

A.  Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment? Yes ( ) No (✓)

B.  If your answer to A is yes, describe each lawsuit in the space below
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs:  _____
_____

Defendants:  _____
_____

2. Court (if federal court, name the district;
if state court, name the county)

_____

3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

*it's still pending.*

6. Approximate date of filing lawsuit *8/20/15*

7. Approximate date of disposition: *5/8/15*

II.    Place of Present Confinement *Suffolk County Jail*

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? *I filed A few SRievawces but the co's threw them out*

2. What was the result? *I got no Result*

D. If your answer is NO, explain why not *They never got bACk to me*

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? *I cAlled Atornial Affair And filed A complaint*

2. What was the result? *Still pending*

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff BRYAN McClURKin

Address 110 Center DRIVE RiverHead N.y 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1

CHARLES WASNER # 1225
110 CenteR DRIVE
RiveRHead NY 11901

Defendant No. 2

EdWARD MASONe # 961
110 Center DRive
RiveRHead NY 11901

Defendant No. 3

# 216
110 center DRive
RiveR Head NY 11901

Defendant No. 4

Yaphank and Riverhead
sert team

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On may 8th Co edward massune #961 and Co Charles Wagner #1225 and unknown sort team assaulted me then cuffed me behind my back and bent my arm until my shoulder popped out of socket and continued beating on me, then i was placed in the mental health unit where i was denied help for almost a month. I finally got sent to medical at Riverhead Correction facility where i got a exray and a hour later i was sent to the outside hospital pecunic bay where i stated i was assaulted by staff and they exrayed me and stated my shoulder was popped out of socket by there then they put me to sleep and my shoulder was placed back into socket. the next day i was sent back to Riverhead Correction facility as soon as i entered the building sgt and

IV.A        If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I'm claiming my shoulder was popped out of socket in both incidents i got exray's from the facility as well as the outside hospital pecunic bay both times my shoulder was out of socket the second time i went to pecunic bay they wasn't able to place me to sleep to put my shoulder back into place i still can't move my shoulder i need help.

4

a bunch of co's i remember this specific co badge #216 they was also with the sert team waiting at the gate for me then they walked me to the dressing room and started asking me what i told the staff at the hospital i didn't reply and then they dot started grabbing my bad arm threw me to the floor and took my clothes off then they dot started beating me up i was screaming for help but they dot kept hitting me then they dragged me into the elevator still bending my broken arm and punching me than i went out of conscious, the next day i woke up in the mental health unit then i waited a whole month to see medical and they gave me a extray and was told my shoulder is back out of socket, i got sent back to the outside hospital peconic bay where i started they brought me there two different times when i came back the last time they assaulted me again then they told me my shoulder is out of socket, i still didn't have surgery they keep denying me i need surgery and therapy my arm hurts really bad.

X [signature]

Sworn before me this
22nd August 2015

[signature]

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO6257704
Qualified in Suffolk County
Commission Expires 03/19/20/6

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

my arm will never be the same im traumatized im scared of the Correctional officers every time we have a shake down they violate my call im really scared for my life. Color of law Color of authority and abuse of power, im seeking 10 million for asault damages i been mentally and physically and emotionally scared.

I declare under penalty of perjury that on ____8/20/15____ , I delivered this
                                                    (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __22__ day of __August__, 20 _15_. I declare under penalty of

perjury that the foregoing is true and correct.

X _____
Signature of Plaintiff

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO6257704
Qualified in Suffolk County
Commission Expires 03/19/20 16

Name of Prison Facility

suffolk County Correctional Facility 110 Center Dr Riverhead NY, 11901
Address

Prisoner ID#