UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRYAN MCCLURKIN,

                Plaintiff,

   -against-

SUFFOLK COUNTY, CHARLES WAGNER
# 1225, EDWARD MASONE # 961, Unnamed
Officer Assigned Shield # 216, and YAPHANK
and RIVERHEAD SERT TEAM,

                Defendants.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 07 2018 ★

LONG ISLAND OFFICE

**ORDER**
15-CV-5685 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

    By motion received on April 30, 2018, *pro se* plaintiff Bryan McClurkin ("plaintiff") requests an extension of time to file an amended complaint. IT IS HEREBY ORDERED that, given the lack of prejudice to defendants, the Court, in its discretion, grants plaintiff's request. Plaintiff shall file his amended complaint by Friday, June 15, 2018. IT IS FURTHER ORDERED that plaintiff's request for discovery is respectfully referred to Magistrate Judge Tomlinson.

**SO ORDERED.**

Dated:    May 2, 2018
             Central Islip, New York

*Joseph Bianco*
Joseph F. Bianco
United States District Judge